UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ERIN COTTER

        Plaintiff,

        v.

Case No.: 18-cv-1847

MILWAUKEE AREA TECHNICAL
COLLEGE

        Defendant.

---

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed with prejudice.

Dated this 29th day of March, 2019.

        By: *s/ **Matthew J. Tobin***_____
        Matthew J. Tobin, SBN 1097545
        Walcheske & Luzi, LLC
        15850 W. Bluemound Road, Suite 304
        Brookfield, Wisconsin 53005
        Telephone: (262) 780-1953
        Email: mtobin@walcheskeluzi.com

        *Attorneys for Plaintiff*